# United States District Court
## For The Western District of North Carolina
### Statesville Division

**F I L E D**
STATESVILLE, N.C.

**AUG 1 9 2005**

U.S. DISTRICT COURT
W. DIST. OF NC

EDWARD LEE MEDLEY,

      Plaintiff(s),

vs.

SID HARKLEROAD, SUPT.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV206-2-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2005, Order.

FRANK G. JOHNS, CLERK

August 19, 2005

BY: *Carolyn B. Bouchard*

Carolyn Bouchard, Deputy Clerk